# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>NORCOLD, INC., et al.,<br><br>    Defendants. | Case No. 1:21-cv-00521-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

  On October 2, 2020, Sentry Select Insurance Company ("Plaintiff") filed this action in the Fresno County Superior Court against Norcold Inc., Thetford Corporation, and Dyson-Kissner-Moran Corporation ("Defendants"). (ECF No. 1-1.) Defendants assert that service of the summons and complaint was completed on February 26, 2021. (Notice of Removal, ¶ 3, ECF No. 2.) On March 29, 2021, Defendants removed the action to the Eastern District of California. (Id.)

  Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is

1

filed." Fed. R. Civ. P. 81(c)(2)."

    Defendant's notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **March 29, 2021**

UNITED STATES MAGISTRATE JUDGE