1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, | Case No.  1:21-cv-00521-JLT-SAB |
| Plaintiff, | ORDER DENYING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 26) |
| NORCOLD, INC., et al., | |
| Defendants. | |

This action was removed to this Court on March 29, 2021.  (ECF Nos. 1, 2.)  On May 27, 2021, a scheduling order issued, which was modified two times, on June 6, 2022, and October 21, 2022.  (ECF Nos. 15, 23, 25.)  No trial date is currently set as this action was previously assigned under the "NONE" designation with no District Judge assigned.  Currently before the Court is the parties' stipulated motion to modify the scheduling order, filed January 12, 2023. (ECF No. 24.)  The parties proffer:

> The Parties, through counsel, agree that there is good cause to modify the current Scheduling Order and to set this matter for trial as described below.  The Parties experienced delays with scheduled depositions due to availability of non-party witnesses and the availability of business records in the possession of non-parties.  Accordingly, the proposed adjustments will allow the Parties to continue with both formal discovery and the informal exchange of information to reduce the scope of discovery and avoid unnecessary costs associated with both expert and non-expert witnesses. In addition, the proposed modifications will permit the Parties to explore a potential for resolution of the entire

1    matter through private mediation.

2    (ECF No. 26 at 2.)  However, the parties' previous stipulated request contained essentially the

3    same generalized proffer:

4        The Parties, through counsel, agree that there is good cause to
         modify the current Scheduling Order and continue the pre-trial
5        deadlines as described below.  The parties experienced delays with
         scheduled depositions due to availability of witnesses.
6        Accordingly, the proposed adjustments will allow the Parties to
         continue with both formal discovery and the informal exchange of
7        information to reduce the scope of discovery and avoid
         unnecessary costs associated with both expert and non-expert
8        witnesses. In addition, the proposed modifications will permit the
         Parties to explore a potential for resolution of the entire matter
9        through private mediation.

10   (ECF No. 24 at 2.)

11       The parties proffer no information regarding what depositions, if any, have been

12   completed or scheduled, nor information regarding settlement or the scheduling of mediation

13   since the last stipulated motion was filed.   The scheduling order in this action specifies:

14   "**Stipulations extending the deadlines contained herein will not be considered unless they**

15   **are accompanied by affidavits or declarations, and where appropriate attached exhibits,**

16   **which establish good cause for granting the relief requested.**"  (ECF No. 15 at 7 (emphasis in

17   original).)  The Court recognizes no trial date is set in this matter.  Nonetheless, the Court cannot

18   find good cause established by the nearly identical general statement that was contained in the

19   previous proffer to the Court.

20       Accordingly, IT IS HEREBY ORDERED that the motion to modify the scheduling order

21   is DENIED without prejudice to a renewed motion supported by declarations or affidavits

22   proffering specific facts establishing good cause to extend the deadlines.

23

24   IT IS SO ORDERED.

25   Dated:   **January 13, 2023**                                    _____

26                                                UNITED STATES MAGISTRATE JUDGE

27

28

2