# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>NORCOLD, INC., et al.,<br><br>        Defendants. | Case No. 1:21-cv-00521-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 39) |

This action was removed to this Court on March 29, 2021. (ECF Nos. 1, 2.) On May 27, 2021, a scheduling order issued (ECF No. 15), which has been modified six times by stipulation of the parties: on June 6, 2022, October 21, 2022, January 19, 2023, August 7, 2023, December 15, 2023, and February 26, 2024. (ECF Nos. 23, 25, 29, 32, 36, 38.) The remaining deadlines are the pretrial conference currently set for May 13, 2024 at 1:30 p.m. in Courtroom 4, and trial currently set for July 9, 2024 at 8:30 a.m. in Courtroom 4. (ECF No. 38.) The Court noted in its February 26, 2024 order that no further extensions would be granted. (Id. at 2.)

On March 29, 2024, the parties filed a seventh stipulated motion to modify the scheduling order. (ECF No. 39.) The parties proffer their February 23, 2024 stipulation requesting a sixth modification of the scheduling order inadvertently proposed July 9, 2024 as the first available

date for trial; however, it was a date counsel for Plaintiff informed counsel for Defendants he would be unavailable. (Id. at 2; ECF No. 39-1 at 2.) Accordingly, the parties filed the instant stipulation requesting that the current trial date of July 9, 2024 be continued to July 23, 2024, or a later date. (Id.) The parties are not seeking modification of the pretrial conference which is scheduled for May 13, 2024. The Court finds good cause to grant the parties' corrected stipulated motion to modify the scheduling order. **No further extensions will be granted.**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties' stipulation to modify the scheduling order is GRANTED, and the scheduling order is modified as follows: Trial is set for **July 23, 2024 at 8:30 a.m. in Courtroom 4**; and

2. All other dates and aspects of the scheduling order, including the **Pretrial Conference on May 13, 2024 at 1:30 p.m. in Courtroom 4**, shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

UNITED STATES MAGISTRATE JUDGE