# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORCOLD, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00521-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 44) |

On September 24, 2024, a stipulation was filed dismissing this action with prejudice and each party bearing its own attorneys' fees and costs. (ECF No. 44.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **September 25, 2024**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE